IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DAVID WADE HARRISON                                                                                          PLAINTIFF

v.                                          Case No. 1:23-cv-1076

DR. HASKINS, *et al.*                                                                                       DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failing to prosecute this matter and for failing to obey orders of the Court.

No party has filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Braynt's reasoning is sound, the Court adopts the R&R (ECF No. 22) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge